Rule 221.     **Funds of clients and third persons.  Mandatory overdraft notification.**

\*\*\*

(h)     An Eligible Institution shall be approved as a depository for Trust Accounts of attorneys if it shall be in compliance with applicable provisions of Rule 1.15 of the Pennsylvania Rules of Professional Conduct and the Regulations of the IOLTA Board and shall file with the Disciplinary Board an agreement **[(]**in a form **[provided] approved** by the Board**[)]** to **comply with IOLTA Regulations governing approved Eligible Institutions and to** make a prompt report to the Lawyers Fund for Client Security Board whenever any check or similar instrument is presented against a Trust Account when such account contains insufficient funds to pay the instrument, regardless of

> (1)     whether the instrument is honored, or

> (2)     whether funds are subsequently deposited that cover the overdraft or the dishonored instrument is made good.

\*\*\*

(k)     A failure on the part of an Eligible Institution to make a report **to the Lawyers Fund for Client Security Board** called for by this rule **or to comply with IOLTA Regulations governing approved Eligible Institutions** may be cause for termination of approval by the Supreme Court, but such failure shall not, absent gross negligence, give rise to a cause of action, by any person who is proximately caused harm thereby.

\* \* \*